## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DUVAL ZACHERY HARDEN

PLAINTIFF(S),

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.

DEFENDANT(S).

CASE NUMBER:

5:25−cv−02854−SSS−AGR

## NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. ___Christina T. Shay___, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: ___5:25−cv−02854−SSS(CTSx)___. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

_June 8, 2026_
Date

By: _/s/ Rebeca D Olmos_
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER